UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PEDRO DANIEL RAMIREZ ALVARADO, | |
| Petitioner, | |
| v. | CAUSE NO. 3:26-CV-54-CCB-SJF |
| WARDEN, FIELD OFFICE DIRECTOR, TODD M. LYONS, KRISTI NOEM, and PAMELA JO BONDI, | |
| Respondents. | |

## ORDER

The court previously granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered Respondents to release Pedro Daniel Ramirez Alvarado. (ECF 9.) Respondents have notified the court that he was released on February 2, 2026. (ECF 11.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on February 6, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT